UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNIS EARL GATSON, ) <br> TDCJ No. 1702500, ) <br> ) <br> Petitioner, ) <br> ) <br> VS. ) <br> ) <br> DIRECTOR, TDCJ-CID, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. <br><br> 3:23-CV-0050-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **TRANSFERS** Petitioner's unauthorized successive 28 U.S.C. § 2254 habeas application to the United States Court of Appeals for the Fifth Circuit for appropriate action.

And, because the court is transferring the application to the Fifth Circuit, a certificate of appealability (a COA) is not necessary. See *United States v. Fulton*, 780

F.3d 683, 688 (5th Cir.) ("[A] transfer order under [28 U.S.C.] § 1631 is not a final order within the meaning of [28 U.S.C.] § 2253(c)(1)(B), and the appeal of such an order does not require a COA."), *cert. denied*, 577 U.S. 967 (2015); *Guel-Rivas v. Stephens*, 599 Fed. Appx. 175, 175 (5th Cir. 2015) (per curiam) (applying *Fulton*'s holding to transfer of a successive Section 2254 application).

**SO ORDERED**.

February 21, 2023.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**